In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Beach 117th Street and Others, from Ocean Promenade to a Line 100 Feet Northerly Therefrom, in the Borough of Queens, City of New York, with Reference to Damage Parcel No. 17. ANNA LEVY, Appellant; LUCILLE B. GOODMAN and IDA L. KRAEMER, Respondents.— Resettled order denying motion of claimant (a second mortgagee) for an order authorizing and directing the corporation counsel to certify title in her to one-half of the award for damage parcel 17 affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

LYLE MILLER, Appellant, v. M & D HOLDING CORP., Respondent, and WESTCHESTER COUNTY SYNDICATE CORPORATION, Defendant.— In an action to recover damages for personal injuries suffered by plaintiff owing to his falling down an unguarded stairway, the jury rendered a verdict in favor of the plaintiff in the sum of $1,500. The trial justice set aside the verdict, and the motion to dismiss the complaint was granted on the reserved motion. Judgment in favor of defendant M & D Holding Corp., dismissing the complaint, reversed on the law, with costs, verdict of the jury reinstated, and judgment directed to be entered thereon, with costs. A jury question existed on defendant-respondent's negligence in connection with its failure to warn plaintiff of what, it could be found, was a dangerous stairway. The question of plaintiff's contributory negligence was also for the jury. (*McRickard* v. *Flint*, 114 N. Y. 222; *McNally* v. *Oakwood*, 210 App. Div. 612; affd., 240 N. Y. 600; *Adams* v. *Misena Realty Co., Inc.*, 239 App. Div. 633; *Kleiman* v. *Feldstein*, 234 id. 219.) Carswell, Davis, Johnston, Adel and Close, JJ., concur.

JOHN J. MURPHY, Appellant, v. THE INCORPORATED VILLAGE OF FARMINGDALE, Respondent. (Appeal No. 2.) — Order of the County Court of Nassau county, dismissing the complaint and granting judgment on the pleadings, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Charles H. Murphy* v. *Incorporated Village of Farmingdale, No. 1 (ante, p. 327)*, decided herewith. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur. [163 Misc. 221.]

PARAMOUNT INN, INC., Respondent, v. NATHAN STRAUS & SONS, INC., and CREDIT ALLIANCE BANKING CORPORATION, Appellants.— Orders of March 2, 1937, and March 4, 1937, granting motions to dismiss the complaint for lack of prosecution, unless the plaintiff notice the case for trial for the April, 1937, term, affirmed, in so far as appealed from, without costs. No opinion. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.